## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

Civil Action Number 0:17-cv-60930-RNS

ALEXANDER JOHNSON,

    Plaintiff,

v.

K1 SPEED, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 30th day of October, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Brendan A. Sweeney* |
| Scott R. Dinin, Esq. | Brendan A. Sweeney, Esq., |
| SCOTT R. DININ, P.A. | SWEENEY LAW, P.A. |
| 4200 NW 7th Avenue | 800 SE Third Avenue, Fourth Floor |
| Miami, Florida 33127 | Fort Lauderdale, Florida 33316 |
| Tel: (786) 431-1333 | Tel:  (954) 440-3993 |
| Fax: (786) 513-7700 | Fax:  (954) 463-5599 |
| E-mail: inbox@dininlaw.com | E-Mail: bas@sweeneylawpa.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1